IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIONEL GUSTAFSON et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. |
| ) | 1:05-cv-00352-CG-L |
| ADRIAN JOHNS, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SETH HAMMETT, LOWELL BARRON ) | |
| and HANK SANDERS, ) | |
| ) | |
| Defendants-Intervenors. | |

**DEFENDANT-INTERVENOR HAMMETT'S
MOTION TO DISMISS**

Defendant-intervenor Seth Hammett, through undersigned counsel, pursuant to Rule 12(b)(6), Fed.R.Civ.P., moves that this action be dismissed.  As grounds for his motion, and as is more fully set out in the brief supporting this motion, Defendant-intervenor Hammett would show as follows:

1. The claims asserted in the amended complaint in this action have already been adjudicated in at least two prior cases, *Montiel v. Davis*, 215 F.Supp.2d 1279

(S.D. Ala. 2002) (3-judge court), and *Rice v. English*, 835 So.2d 157 (Ala. 2002), and are barred by res judicata and collateral estoppel.

2. The amended complaint fails to state a claim upon which relief can be granted.

3. The claims in the amended complaint are barred by the doctrine of laches.

WHEREFORE, defendant-intervenor Hammett prays that this action be dismissed.

Respectfully submitted this 30th day of September, 2005,

| | |
|---|---|
| Edward Still<br>Edward Still Bar No. ASB-4786-I 47W<br>2112 11th Avenue South<br>Suite 201<br>Birmingham, AL 35205<br>205-320-2882<br>fax toll free 877-264-5513<br>E-mail: still@votelaw.com | s/James U. Blacksher<br>James U. Blacksher Bar No. ASB-2381-S82J<br>P.O. Box 636<br>Birmingham AL 35201<br>205-591-7238<br>Fax: 866-845-4395<br>E-mail: jblacksher@ns.sympatico.ca<br><br>Attorneys for defendant-intervenor Hammett |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIONEL GUSTAFSON et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. |
| | ) 1:05-cv-00352-CG-L |
| ADRIAN JOHNS, et al., | ) |
| | ) |
| Defendants, | ) |

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mark Montiel
6752 Taylor Circle
Montgomery, AL 36117
Email: mgmontielpc@aol.com

Anne Ware Lewis
1170 Peachtree Street
Suite 2000
Atlanta, GA 30309
Email: awl@sbllaw.net

LARRY T. MENEFEE
407 S. McDonough Street
Montgomery, AL 36104
Email: lmenefee@knology.net

Frank B. Strickland
1170 Peachtree Street
Suite 2000
Atlanta, GA 30309
Email: FBS@sbllaw.net

Troy R. King
John J. Park, Jr.
Charles B. Campbell
Attorney General's Office
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152
Email: jpark@ago.state.al.us
ccampbell@ago.state.al.us

Jeffrey M. Sewell
Asst. County Attorney
280 Jefferson County Courthouse
716 Richard Arrington, Jr., Blvd. North
Birmingham, AL. 35203
Email: sewellj@jccal.org

Algert S. Agricola, Jr.
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
Email: aagricola@slatenlaw.com

ROBERT D. SEGALL
SHANNON L. HOLLIDAY
444 South Perry Street
P. O. Box 347
Montgomery, AL 36101-0347
Email: segall@copelandfranco.com
       holliday@copelandfranco.com

Respectfully submitted,

s/James U. Blacksher
James U. Blacksher Bar No. ASB-2381-S82J
P.O. Box 636
Birmingham AL 35201
    205-591-7238
    Fax: 866-845-4395
E-mail: jblacksher@ns.sympatico.ca