IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LIONEL GUSTAFSON, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **ADRIAN JOHNS, etc., et al.,** ) | **CIVIL ACTION NO. 05-00352-CG-C** |
| ) | |
| **Defendants,** ) | |
| ) | **THREE-JUDGE COURT** |
| and ) | |
| ) | |
| **SETH HAMMETT, LOWELL** ) | |
| **BARRON, and HANK SANDERS,** ) | |
| ) | |
| **Defendant-Intervenors.** ) | |

## JUDGMENT

Pursuant to the order entered this date holding that the instant suit is barred by res judicata, it is **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of all defendants and against the plaintiffs and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 22nd day of May, 2006.

/s/ R. Lanier Anderson, III
UNITED STATES CIRCUIT JUDGE


/s/ Mark Fuller
CHIEF UNITED STATES DISTRICT JUDGE


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE